IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES D. GERSON, on behalf of himself and all other similarly situated shareholders of NATIONAL RESEARCH CORPORATION, and derivatively on behalf of Nominal Defendant NATIONAL RESEARCH CORPORATION,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL D. HAYS et al.,<br><br>　　　　Defendants,<br><br>and<br><br>NATIONAL RESEARCH CORPORATION,<br><br>　　　　Nominal defendant. | 4:17-CV-3152<br><br>ORDER |

On the parties' Joint Stipulation Dismissing Action Without Prejudice (filing 48),

IT IS ORDERED:

1. The plaintiffs' complaint is dismissed without prejudice.

2. The Clerk of the Court shall add "James D. Gerson, on behalf of himself and all other similarly situated

shareholders of National Research Corporation, and derivatively on behalf of Nominal Defendant National Research Corporation" to Case No. 4:17-cv-441 as a plaintiff, represented by the counsel that appeared on his behalf in this case.

3. The Clerk of the Court shall add the "Michael And Karen Hays Grandchildren's Trust" to Case No. 4:17-cv-441 as a defendant, represented by the counsel that appeared on its behalf in this case.

4. This case is closed.

5. A separate judgment will be entered.

Dated this 30th day of March, 2018.

                                                BY THE COURT:

                                                John M. Gerrard
                                                United States District Judge