IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES D. GERSON, on behalf of himself and all other similarly situated shareholders of NATIONAL RESEARCH CORPORATION, and derivatively on behalf of Nominal Defendant NATIONAL RESEARCH CORPORATION, | |
| Plaintiff, | 4:17-CV-3152 |
| vs. | JUDGMENT |
| MICHAEL D. HAYS et al., | |
| Defendants, | |
| and | |
| NATIONAL RESEARCH CORPORATION, | |
| Nominal defendant. | |

Pursuant to the accompanying Order, the plaintiffs' claims are dismissed without prejudice.

Dated this 30th day of March, 2018.

BY THE COURT:

John M. Gerrard
United States District Judge